[51 NE3d 554, 32 NYS3d 43]

The People of the State of New York, Respondent, v Anthony Romero, Also Known as Robert Rosa, Appellant.

Decided April 28, 2016

**APPEARANCES OF COUNSEL**

*Lynn W.L. Fahey, Appellate Advocates*, New York City (*Patricia Pazner* of counsel), for appellant.

*Richard A. Brown, District Attorney*, Kew Gardens (*John M. Castellano* of counsel), for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed. Defendant's pre-*Miranda* statement, while in custody, in response to a detective's question regarding whether he would like to make a statement should have been suppressed. However, the error in failing to suppress the statement was harmless beyond a reasonable doubt in light of the overwhelming evidence against defendant and there being no reasonable possibility that his statement contributed to the verdict (*see People v Rivera*, 57 NY2d 453, 456 [1982]). Additionally, there is record support for Supreme Court's decision to deny defendant's motion to suppress the showup identification (*see People v Clark*, 85 NY2d 886 [1995]), and that decision is beyond our further review.

Chief Judge DiFIORE and Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN, FAHEY and GARCIA concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, in a memorandum.